UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:25-cr-00413-AN |
| v. | **INFORMATION** |
| **CHRISTOPHER JUDE WEBER,** | **18 U.S.C. §§ 1791(a)(2) and 1791(b)(1)** |
| **Defendant.** | |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Providing Contraband in Prison)**
**(18 U.S.C. § 1791(a)(2) and (b)(1))**

On or about May 12, 2025, within the District of Oregon, defendant **CHRISTOPHER JUDE WEBER**, being an inmate of FCI Sheridan, a federal correctional, detention, and penal facility, did possesses a prohibited object, to wit: Buprenorphine, a Schedule III controlled substance;

In violation of Title 18, United States Code, Section 1791(a)(a) and (b)(1).

Dated: October 14, 2025

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

_/s/ Jessica R. Keefer_
JESSICA R. KEEFER, MSB #1412180261
Assistant United States Attorney